## UNITED STATES DISTRICT COUNT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **ARTHA SLADE** | : | |
| *Plaintiff* | : | **CIVIL ACTION NO.** |
| **VS.** | : | |
| | : | |
| **CROMWELL OPERATIONS, LLC** | | |
| **d/b/a AUTUMN LAKE** | : | |
| **HEALTHCARE** | | **September 12, 2017** |
| | : | |
| *Defendant* | | |

### NOTICE OF REMOVAL

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT Defendant, Cromwell Operations, LLC d/b/a Autumn Lake Healthcare, by its undersigned counsel, pursuant to 28 U.S.C. Sections 1331, 1332, 1441 and 1446, file this Notice of Removal. Specifically, they respectfully state as follows:

1.    An action was made returnable on  to the Superior Court for the Judicial District of Middlesex at Middletown entitled "Artha Slade v. Cromwell Operations, LLC" by service on  of a Summons and Complaint (of which true and correct copies are attached hereto as Exhibit A) by in-hand service on Defendant.   No further proceedings have been held herein.

2.      This is an action in tort for employment discrimination allegedly sustained by plaintiff over which this Court has jurisdiction by reason that she raises a Federal question of law and the violation of several Federal Statutes.

3.      The plaintiff, in her Third Count alleges that the Defendant violated the rights secured to the plaintiff by the provisions of the Title VII of the Civil Rights Act of 1964, as amended , 42 U.S.C.A. §2000e, and the Civil Rights Act of 1991 and that she had suffered damages due to the violation of a Federal Statute.

4.      This Notice of Removal is being filed within 30 days after the Defendant' receipt of the Plaintiff's Summons, Complaint, and Statement of Amount in Demand and, therefore, is timely filed under 28 U.S.C. §1446(b).

5.      Defendant, Cromwell Operations, LLC, will give written notice of the filing of this Notice of Removal, and will provide a copy of this Notice of Removal to the Clerk of the Middlesex Superior Court, as required by 28 U.S.C. §1446(b).

THE DEFENDANT

BY_____
Patricia Boyce Iassogna, ct11211
Law Offices of Musco & Iassogna
555 Long Wharf Drive
New Haven, Connecticut 06511
Tel: (203) 782-4122
Fax: (203) 782-4128
E-Mail: patricia.iassogna@m-ilaw.com

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed via U.S. mail, postage prepaid or electronically delivered on the 12th day of September, 2017.

Civil Clerk
1 Court Street
Middletown, CT 06457

Artha Slade
113 Portland-Cobalt Road, #10
Portland, CT 06480

_____
Patricia Boyce Iassogna